[No. 27659-0-I. Division One. April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GIANG HADAI VO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01559-5, Jerome M. Johnson, J., entered January 11, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 29664-7-I. Division One. April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MARTINEZ STONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03041-0, Jim Bates, J., entered November 13, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman, J., Baker, J., dissenting.

[No. 29489-0-I. Division One. April 19, 1993.]

RONALD KNUEBEL, ET AL, *Appellants*, v. KATHERINE DESIMONE, *as Trustee*, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-05106-4, Lloyd W. Bever, J., entered May 3, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.